UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ANDREA TANTAROS, | |
|---|---|
| Petitioner, | |
| -against- | 19-cv-7131 (ALC) |
| FOX NEWS CHANNEL, LLC, ET AL., | ORDER |
| Respondents. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to submit a Joint Status Report on or before December 20, 2019 indicating how they would like to proceed in this case. Specifically, the Parties should provide the Court with a proposed briefing schedule for any motions, including motions to compel arbitration, that they intend to file.

**SO ORDERED.**

Dated: December 17, 2019
New York, New York

ANDREW L. CARTER, JR.
United States District Judge